**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Maria Uriarte, | ) | No. CV-16-1107-SMM |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| Piedmont Airlines, Inc., | ) | |
| Defendant. | ) | |

Pending before the Court is Plaintiff Maria Uriarte's Fed. R. Civ. P. 41(a)(1)(A)(i) notice of voluntary dismissal with prejudice. (Doc. 11.) Under Rule 41(a)(1)(A), Plaintiff may voluntarily dismiss her *action* without a court order by filing either, (i) "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment," or (ii) "a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41 (a)(1)(A)(i)-(ii). Plaintiff's notice of voluntary dismissal with prejudice is pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as Defendant has not filed an Answer to Plaintiff's Complaint. (Id.) Accordingly,

**IT IS HEREBY ORDERED DISMISSING THIS ACTION WITH PREJUDICE** with each party to bear its own costs and attorney's fees. (Doc. 11.)

DATED this 31st day of March, 2017.

Stephen M. McNamee
Senior United States District Judge